UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

YOUNG BOK SONG            ]
    Plaintiff,            ]
                          ]
v.                        ]          No. 3:09-0239
                          ]          Judge Campbell
DET. BRETT M. GIPSON, et al.  ]
    Defendants.           ]


O R D E R

The Court has before it a *pro se* prisoner complaint (Docket Entry No.11) under 42 U.S.C. § 1983.

In accordance with the Memorandum contemporaneously entered, the complaint fails to state a claim upon which relief can be granted. Consequently, this action is hereby DISMISSED. 28 U.S.C. § 1915(e)(2).

An appeal of the judgment rendered herein would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 445-446 (1962). Therefore, the plaintiff is NOT certified to pursue an appeal of this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3).

Nevertheless, should the plaintiff decide to file a notice of appeal, he must either pay the Clerk of Court the full appellate filing fee of four hundred fifty five dollars ($455.00) or submit a new application to proceed in forma pauperis with a certified copy of his inmate trust account statement for the previous six month period. 28 U.S.C. § 1915(a)(1); McGore v. Wrigglesworth, 114

F.3d 601 (6th Cir. 1997).

Entry of this order shall constitute the judgment in this action.

It is so ORDERED.

_____
Todd Campbell
United States District Judge